CHARLES E. MOSES, Respondent, *v.* ALBERT H. HATCH et al., Individually and as Executors of WILLIAM MOSES, Deceased, Appellants, Impleaded with Others.

*Moses* v. *Hatch*, 21 App. Div. 468, affirmed.
(Argued April 23, 1900; decided May 8, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department,

entered November 15, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*Artemus B. Smith* for appellants.

*William W. Niles* for respondent.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.